IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOLONI REKLAM, SANAYI, TICARET LTD/STI, | |
| Plaintiff, | **1:16CV285** |
| vs. | **ORDER** |
| BELLATOR SPORT WORLDWIDE, LLC, | |
| Defendant. | |

Before the court is the Findings and Recommendation of United States Magistrate Judge Sherry R. Fallon, Filing No. 31, recommending that this court dismiss the Amended Complaint with prejudice due to plaintiff's failure to state a claim upon which relief can be granted and to make the requisite factual allegations as to alleged economic loss pursuant to Federal Rule of Civil Procedure 12(b)(6).

No objection has been filed to the Findings and Recommendation. The court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

(1)     The report and recommendation, Filing No. 31, is adopted in its entirety; and

(2)     Defendant's motion to dismiss, Filing No. 19, is granted.

3)     Counts I and II of the Amended Complaint are dismissed with prejudice for failure to state a claim and for failure to make the requisite factual allegations as to alleged economic loss.

4)      This case is dismissed, with prejudice.



Dated this 1st day of December, 2017.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Senior United States District Judge