IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOLONI REKLAM, SANAYI, TICARET LTD/STI,<br><br>        Plaintiff,<br><br>   vs.<br><br>BELLATOR SPORT WORLDWIDE, LLC,<br><br>        Defendant. | **1:16CV285**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date, a judgment of dismissal with prejudice is entered in favor of defendant Bellator Sport Worldwide, LLC and against the plaintiff, Koloni, Reklam, Sanayi, Ticaret LTD/STI, each party to bear its own costs.

Dated this 1st day of December, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge